UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT LEROY VASSER,

    Plaintiff,

    v.

SANTA CLARA COUNTY, et al.,

    Defendants.

Case No. 18-cv-01430-RS (PR)

**ORDER OF DISMISSAL**

Plaintiff has not complied with the Court's order to file an amended complaint by the deadline. Accordingly, this federal civil rights action is DISMISSED (without prejudice) for plaintiff's failure to comply with the Court's order and for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion must contain an amended complaint that complies in all respects with the Court's order dismissing the original complaint with leave to amend. (Dkt. No. 5.) The Clerk shall enter judgment in favor of defendants, and close the file.

**IT IS SO ORDERED.**

**Dated:** September 14, 2018

_____
RICHARD SEEBORG
United States District Judge